1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   **O.Z. MARTIN,**                              NO. CIV S-04-2234 FCD KJM P
12
                                  Plaintiff,     **ORDER**
13
               **v.**
14
   **EDWARD ALAMEIDA, et al.,**
15
                                  Defendants.
16

17

18          On June 10, 2005, defendants filed a request to file their a responsive pleading beyond

19   time.

20          Defendants' request is denied as unnecessary.  Fed. R. Civ. P. 4 (d)(3).

21

22   DATED:June 13, 2005.

23

24   _____
                 UNITED STATES MAGISTRATE JUDGE
25

26

27

28
     2/mart2234.eot.wpd

                                          1
                                        Order