IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O Z MARTIN,

    Plaintiff,                      No. CIV S-04-2234 FCD KJM P

    vs.

EDWARD ALMEIDA, et al.,

    Defendants.                <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file and serve an opposition to the defendants' June 10, 2005 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's June 21, 2005 motion for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to the defendants' June 10, 2005 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: June 27, 2005.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

/bb mart2234.36