IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **O.Z. MARTIN,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**EDWARD ALAMEIDA, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:04-cv-2234 FCD KMJ P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

　　　Good cause having been shown, Defendants' request for a 30-day extension of time to file a motion for summary judgment is hereby granted. Defendants shall file their motion for summary judgment by November 26, 2006.

　　　IT IS SO ORDERED.

Dated: November 3, 2006.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

1