IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **O.Z. MARTIN,** | No. 2:04-cv-2234 FCD KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **EDWARD ALAMEIDA, et al.,** | |
| Defendants. | |

Good cause having been shown, defendants' request for a 30-day extension of time to file a motion for summary judgment is hereby granted. Defendants shall file their motion for summary judgment by December 26, 2006.

IT IS SO ORDERED.

Dated: November 29, 2006.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order

1