IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **O.Z. MARTIN,** | 2:04-cv-2234 FCD KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **EDWARD ALAMEIDA, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants' request for a 3-day extension of time to file a motion for summary judgment is hereby granted nunc pro tunc. The motion for summary judgment filed December 29, 2006 is timely.

IT IS SO ORDERED.

Dated: January 9, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1