1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   O.Z. MARTIN,

11              Plaintiff,                    No. CIV S-04-2234 FCD KJM P

12        vs.

13   EDWARD ALAMEIDA, et al.,

14              Defendants.                   ORDER

15   _____/

16              Plaintiff has requested an extension of time to file and serve an opposition to

17   defendants' December 29, 2006 motion for summary judgment.  Plaintiff has also requested an

18   order vacating the dates for pretrial statement, pretrial conference and trial, pending resolution of

19   the pending motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED

20   that:

21              1.  Plaintiff's January 22, 2007 motion for an extension of time is granted.

22              2.  Plaintiff is granted thirty days from the date of this order in which to file and

23   serve an opposition to defendants' December 29, 2006 motion for summary judgment.

24   Defendants' reply, if any, shall be filed seven days thereafter.

25   /////

26   /////

1         3.  The dates for pretrial statements, pretrial conference, and trial, set in the May

2 11, 2006 scheduling order, are hereby vacated and will be reset, if necessary, at a later date.

3 DATED:  January 30, 2007.

4                                                 _____

5                               U.S. MAGISTRATE JUDGE

6 2/mp

  mart2234.36