IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O.Z. MARTIN,

        Plaintiff,                    No. CIV S-04-2234 FCD KJM P

    vs.

EDWARD ALAMEIDA, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 14, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        As part of his objections, plaintiff discusses acts and omissions by defendants Thor, Traquina, Alameida, and Carey which were not part of the original complaint. Objections at 12-14. The court declines to consider these at this stage of the proceedings. <u>Greenhow v.</u>

<u>/////</u>

1 | Secretary of Health and Human Services, 863 F.2d 633, 638 (9th Cir. 1988), overruled on other
2 | grounds, United States v. Hardesty, 977 F.2d 1347 (9th Cir. 1992).
3 |       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
4 | 304, this court has conducted a de novo review of this case.  Having carefully reviewed the
5 | entire file, the court finds the findings and recommendations to be supported by the record and
6 | by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed August 14, 2007, are adopted in full; and

      2. Defendants' motion for summary judgment is granted.

DATED: September 7, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE