# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF



NOV 9, 2007



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

| | |
|---|---|
| O. Z. MARTIN,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>EDWARD S. ALAMEIDA, JR.; et al.,<br><br>    Defendants - Appellees. | No. 07-16831<br>D.C. No. CV-04=02234-FCD<br><br>**ORDER** |

This appeal has been taken in good faith    [✓]

This appeal is not taken in good faith    [ ]

Explanation: _____

_____

_____

_____

                         _____
                                Judge
                   United States District Court

Date: 11/9/07